BOB WATSON v. STATE.

No. A-674.   Opinion Filed September 5, 1911.

Appeal from Oklahoma County Court; Sam Hooker, Judge.

PER CURIAM.  On the 22nd day of March, 1909, judgment was rendered against appellant in the county court of Oklahoma county, sentencing him to pay a fine of $100 and confinement in the county jail for a period of 60 days.  A number of different orders were entered by the court extending the time within which the case-made might be prepared and served upon the county attorney, but the order allowing the last extension of time was not made until the time previously granted had expired.  The last order was therefore void.  The case-made having been served after the time which had been legally granted the defendant. for this purpose, such service was void.  The case-made must therefore be stricken from the record.  We find no error in the transcript of the record.  The judgment of the lower court is therefore affirmed.

DUPREE BOLTON v. STATE.

No. A-660.   Opinion Filed September 5, 1911.

Appeal from Canadian County Court; H. L. Fogg, Judge.

PER CURIAM.  On the 8th day of January, 1910, judgment was rendered against appellant in the county court of Canadian county and he was sentenced to pay a fine of $200 and to confinement in the county jail for a period of 30 days for a violation of the prohibitory liquor laws of the state.  The record fails to show that notice of appeal was ever served on the clerk of said court as required by law.  This court therefore has not acquired jurisdiction of this cause and the appeal must be dismissed.